**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| GILBERTO EDGAR TORRES MARTÍNEZ | ) ) ) | |
| Plaintiff, | ) ) | |
| - v. - | ) | Civil Action No. 12-308 (BAH) |
| BP P.L.C. | ) ) ) | |
| Defendant. | ) ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant BP p.l.c.

Dated:  June 13th, 2012                               /s/ Mia L. Havel
                                                      Mia L. Havel (# 994371)
                                                      FRESHFIELDS BRUCKHAUS DERINGER US LLP
                                                      701 Pennsylvania Avenue, NW, Suite 600
                                                      Washington, DC 20004-2692
                                                      Telephone:  (202) 777-4500
                                                      Facsimile:  (202) 777-4555
                                                      mia.havel@freshfields.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Appearance of Counsel was served by the automatic notice of filing sent by the CM/ECF software to counsel, pursuant to Local Rule 5.4(d) of the Rules of the United States District Court for the District of Columbia, this 13th day of June, 2012 on:

Terrence Collingsworth (#471830)
CONRAD & SCHERER, LLP
1156 15th St. NW
Suite 502
Washington, DC 20005

/s/ Mia L. Havel