UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERTO EDGAR TORRES MARTÍNEZ ) | |
| ) | |
| Plaintiff, ) | |
| - v. - ) | Civil Action No. 12-308 (BAH) |
| ) | |
| BP P.L.C. ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Pursuant to Fed. R. Civ. P. 7.1 and LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant BP p.l.c. ("BP"), certify that to the best of my knowledge and belief:

1. BP is a public limited liability company registered in England and Wales.

2. American depositary shares of BP stock are publicly traded in the United States.

3. No parent, subsidiary, or affiliate of BP has any outstanding U.S. traded securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: June 13th, 2012

        **FRESHFIELDS BRUCKHAUS**
        **DERINGER US LLP**

        /s/ Timothy J. Coleman
        Timothy J. Coleman (# 436415)
        Mia L. Havel (# 994371)
        701 Pennsylvania Avenue, NW, Suite 600
        Washington, DC 20004-2692
        Telephone:  (202) 777-4500
        Facsimile:  (202) 777-4555

        ***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia was served by the automatic notice of filing sent by the CM/ECF software to counsel, pursuant to Local Rule 5.4(d) of the Rules of the United States District Court for the District of Columbia, this 13th day of June, 2012 on:

Terrence Collingsworth (#471830)
CONRAD & SCHERER, LLP
1156 15th St. NW
Suite 502
Washington, DC 20005

/s/ Timothy J. Coleman