AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| GILBERTO EDGAR TORRES MARTINEZ | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 12-308 (BAH) |
| BP P.L.C. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Gilberto Edgar Torres Martinez

Date: 06/15/2012

*Attorney's signature*

Eric Hager (975861)
*Printed name and bar number*

Avenida Republica de El Salvador 500 e Irlanda
Edificio Siglo XXI, PH Oficina W
Quito, Ecuador
*Address*

ehager@conradscherer.com
*E-mail address*

(202) 527-7982
*Telephone number*

(866) 803-1125
*FAX number*