**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **GILBERTO EDGAR TORRES MARTÍNEZ** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 12-00308 (BAH) |
| ) | |
| v. ) | |
| ) | |
| **BP P.L.C.** ) | |
| ) | |
| Defendant. ) | |

**PRAECIPE REGARDING CHANGE OF TELEPHONE NUMBER**
**FOR ERIC J. HAGER, COUNSEL FOR PLAINTIFFS**

PLEASE TAKE NOTICE that the telephone number and fax number for Eric J. Hager, counsel for Plaintiff, has changed. The new contact information is:

Eric J. Hager
Conrad & Scherer, LLP
Avenida República de El Salvador 500 e Irlanda
Edificio Siglo XXI, PH Oficina W
Quito, Ecuador
Telephone: 954-622-0461
Facsimile: 866-803-1125

The Attorney Address Correction Request form will be mailed to the Clerk's Office on this same day.

Dated: July 27, 2012                              Respectfully submitted,

/s/ Eric J. Hager

Eric J. Hager (DC Bar No. 975861)
ehager@conradscherer.com
Conrad & Scherer, LLP
Avenida República de El Salvador 500
e Irlanda
Edificio Siglo XXI, PH Oficina W
Quito, Ecuador
Phone: 954-622-0461
Fax: 866-803-1125

Terry Collingsworth (DC Bar No. 471830)
tc@conradscherer.com
Conrad & Scherer, LLP
1156 15th St. NW
Suite 502
Washington D.C. 20005
Phone: 202-543-4001
Fax: 202-527-7990

*Counsel for Plaintiff*